IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENA ONEAL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 05-4242 |
| | : | |
| GREENBLATT & LIBERMAN, et al., | : | |
| Defendants. | : | |

## MEMORANDUM AND ORDER

Plaintiff's complaint fails to comply with federal rules concerning pleadings and is very difficult to read. Moreover, it does not appear that venue would lie in this court in any case. Most importantly, in its present state, the complaint must be dismissed for failure to state any recognizable cause of action over which this court would have jurisdiction.

An order follows:

**AND NOW**, this 15th day of August, 2005, it is hereby **ORDERED** that the motion to proceed *in forma pauperis* is **GRANTED**, but the Complaint is **DISMISSED**.

This case is **CLOSED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.